THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVESTREX LLC,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**STOCKTWITS, INC.,**<br><br>    Defendant. | **CASE No.** _____<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Date: February 24, 2023

Respectfully submitted,

 */s/ David Walter deBruin*
David Walter deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street
Suite 1801
Wilmington DE  19801-3033
Tel. (302) 330-8025
ddebruin@napolilaw.com

Isaac Rabicoff
Rabicoff Law LLC
*(Pro hac vice application forthcoming)*
5680 King Centre Drive
Suite 645
Alexandria VA  22315
Tel. (773) 669-4590
isaac@rabilaw.com

*Counsel for Plaintiff*
*InvesTrex LLC*

1

**Certificate of Service**

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 24, 2023 via the Court's CM/ECF system.

                                               */s/ David Walter deBruin*
                                               David Walter deBruin (DE # 4846)