IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVESTREX LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 23-205-CFC |
| | ) | |
| BLOOMBERG L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| INVESTREX LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 23-206-CFC |
| | ) | |
| NEWS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| INVESTREX LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 23-207-CFC |
| | ) | |
| SEEKING ALPHA INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| INVESTREX LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 23-208-CFC |
| ) | |
| STOCKTWITS, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| INVESTREX LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 23-301-CFC |
| ) | |
| YAHOO INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Whereas Plaintiff is an LLC; and

Whereas Plaintiff has not complied with the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1;

NOW THEREFORE, at Wilmington on this Fifth day of April in 2023, it is HEREBY ORDERED that Plaintiff's counsel and at least one member of Plaintiff shall appear in Courtroom 4B on April 11, 2023 at 1:00 p.m. and shall be prepared

at that time to show good cause why Plaintiff should not be sanctioned for its failure to comply with the Standing Order.

                                                                                  _/s/ Colm F. Connolly_
                                                                                                 CHIEF JUDGE