## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**INVESTREX LLC,**

Plaintiff,

*v.*

**STOCKTWITS, INC.,**

Defendant.

**CASE No.   1:23-cv-00208-CFC**

**PATENT CASE**

**JURY TRIAL DEMANDED**

### DISCLOSURE REGARDING APRIL 10 ORAL ORDER

1.      On April 10, this Court requested that "Plaintiff shall disclose no later than April 17, 2023 the name of every owner and member of Marbit Lending, LLC, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in Marbit Lending, LLC has been identified."

2.      Plaintiff responds: Jeffery G Toler is the sole director and manager, and The Toler Family Trust is Marbit Lending's sole member. Elizabeth Morgan is the sole trustee of The Toler Family Trust.

Dated: April 12, 2023

Respectfully submitted,

*/s/ David Walter deBruin*
David Walter deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street – Suite 1801
Wilmington DE  19801-3033
Tel. (302) 330-8025
ddebruin@napolilaw.com

- 1 -

Isaac Philip Rabicoff
*(Admitted Pro Hac Vice)*
**RABICOFF LAW LLC**
600 Mamaroneck Avenue – Suite 400
Harrison NY  10528-1613
Tel. (773) 669-4590
isaac@rabilaw.com

***Counsel for Plaintiff***
***InvesTrex LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 12, 2023 via this Court's CM/ECF system.


*/s/ David Walter deBruin*
David Walter deBruin (DE # 4846)